# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENLY U. GARCIA,
                                    Appellant,
                    vs.
PABLO SALAZAR, A/K/A PAUL
SALAZAR, 2330 CAPISTRANO (APN
162-11-715-010), LAS VEGAS, NEVADA,
                                    Respondent.

No. 84464

FILED

APR 29 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order expunging a lis pendens. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

Because no statute or court rule provides for an appeal from an order expunging a lis pendens, this court lacks jurisdiction over this appeal. *See* NRAP 3A(b); *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Silver

_____, J.                    _____, J.
Cadish                                 Pickering

---

[1]Respondent's motion to dismiss this appeal is denied as moot.

22-13707

cc: Hon. Gloria Sturman, District Judge
Kenly U. Garcia
Law Offices of Michael F. Bohn, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2